**Order filed, September 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00514-CR
_____

**PAUL WAYNE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-057904**

---

### ORDER

The reporter's record in this case was due **September 05, 2014**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Laurin Rainer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM